UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 4290**

_(In the space above enter the full name(s) of the plaintif(s).)_

RAY Goldstein SEVERINO
-against-

ASA INSTITUTE OF BUSINESS
& COMPUTER TECHNOLOGY
at all !

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
JUN 18 2013
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name RAY Goldstein SEVERINO
Street Address 3333 BROADWAY AVE, APT.#D2G
County, City NEW YORK, NEW YORK
State & Zip Code NEW YORK 10031
Telephone Number (212) 658-0722 (646) 203-3992

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name ASA INSTITUTE OF BUSINESS
Street Address 151 LAWRENCE Street
BROOKLYN, N.Y. 11201

Rev. 05/2010

County, City __BROOKLYN, NEW YORK__
State & Zip Code __NEW YORK 11201__
Telephone Number __(718) 522-9073__

Defendant No. 2   Name __ALEX SHCHEGOL, PRESIDENT/O__
Street Address __SAME ABOVE__
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3   Name __VICTORIA KOSTYUKOV, VICE PR__
Street Address __SAME ABOVE__
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4   Name __FAHINA MUKMINOVA, ADMISS__
Street Address __SAME ABOVE__
County, City _____
State & Zip Code _____
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions      ☑ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __I AM CLAIMING VIOLATION OF MY FEDERAL CONSTITUTIONAL RIGHT ON AGE AND RACE DISCRIMINATION__
                                               See ATTACHED

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __U.S.A.__
Defendant(s) state(s) of citizenship __RUSSIA__

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? BROOKLYN CAMPUS AND AT THE SCHOOL MANHATTAN CAMPUS

B. What date and approximate time did the events giving rise to your claim(s) occur? ON MAY 27, 2008, AND JUNE 17, 2011 and JUNE 20-21, 2011.

C. Facts:

[What happened to you?] I REFUSED TO MARRIED THE GIRLFRIEND OF THE SCHOOL PRESIDENT SO SHE COULD HAVE LEGAL PAPERS FROM INMIGRATION. IN RETURN I WAS FIRED.

[Who did what?] THE SCHOOL OWNER. THE DIRECTOR OF ADMISSION MS. MUMINOVA STARTED MISSTREATING ME (See ATTACH

[Was anyone else involved?] MR. DEWAYNE CARTHON ONE OF THE SCHOOL MANAGER WAS RESPONSIBLE ALSO FOR MISSTREATING ME AND FOR STEALING MY STUDEN

[Who else saw what happened?] WITH THE HELP OF OTHERS WORKER MR. ROBERT, FROM HUMAN RESOURCE AND MS. YOLANDE, ONE OF THE SCHOOL DIRECTORS. (See ATTACHED)

IV. Injuries: N/A

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I JUST SUFFERED EMOTIONAL PROBLEM FOR ITS DISCRIMINATION.

SO PLEASE, I need AN ATTORNEY.

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I WANT TO SUE FOR US$100 MILLIONS FOR ITS VIOLATIONS.

THE BASIS FOR SUCH COMPENSATION IS: I PROVIDED TO THE SCHOOL THOUSANDS OF STUDENTS. AND BECAUSE MY EXCELLENT AND HARD WORKING JOB NOW THE OWNER IS A VERY RICH PERSON WITH BILLIONS OF DOLLARS IN PROPERTY. THIS HAPPENED THANKS TO MY JOB. THE SCHOOL WAS EMPTY WHEN I STARTED WORKING. I PROVIDED THOUSANDS OF STUDENTS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of JUNE, 20 13

Signature of Plaintiff _____

Mailing Address  3333 BROADWAY #D2G
NEW YORK, N.Y. 10031

Telephone Numbers (212) 658-0722
Fax Number (if you have one)  (646) 203-3992

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**   N/A

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

6/13/2013

## RAY GOLDSTEIN SEVERINO AGAINST ASA INTSTITUTE, FEDERAL COMPLAINT CONT...

I NEED HELP IN THE FILLING OF MY CASE. I AM REQUESTING HELP FROM THIS COURT SO I CAN HAVE LEGAL REPRESENTATION TO BETTER PRESENTING MY CASE AND EVIDENCES AND WITNESSES TO A GRAND JURY. THEY ARE A LOTS OF ISSUES THAT I WANT THE COURT TO INVESTIGATE: HOW THEY VIOLATED MY FEDERAL CIVIL CONSTITUTIONAL RIGHTS. AND HOW THEY ARE TAMPERING AND STEALING AND MISSHANDLING THE FINANCIAL AID OF THE STUDENTS AND HOW THEY ARE CHEATING AGAINST THE U.S. DEPARTMENT OF EDUCATION AND ITS FEDERAL FINANCIAL AIDS PROGRAMS TO THE STUDENTS BY SUBMITTING FALSE DOCUMENTS AND INFORMATION. I WORKED ALMOST 5 YEARS FOR ASA INSTITUTE, AND DURING THAT TIME, I PROVIDED MORE STUDENTS TO THE SCHOOL THAN WHAT THEY HAVE ALL TOGETHER IN THEY SCHOOL HISTORY.

I WAS THE VICTIM OF BULLYING, SEX HARASSMENT, I WAS DENIED SALARY AND PROMOTIONS AFTER I COMPLAINED THAT OTHERS WORKERS WAS RECEIVING CREDITS FOR MY HARD WORKING PROMOTIONAL JOB.

THEY LAYED ME OFF ON JUNE 20, 2011, AFTER I REFUSED TO GET MARRIED WITH ONE OF THE FEW MANY GIRLSFRIEND OF THE SCHOOL OWNER AND PRESIDENT, MR. ALEX SCHEGOL WHO ASKED ME TO MARRIED HIS GIRLSFRIEND SO SHE COULD RECEIVE INMIGRATION PAPERS TO STAY IN THE U.S.(I HAVE A WITNESS)

THEY COPIED AND STOLED MY PROMOTIONAL WORKING PLAN: THIS IS THE ONE I USED TO PROVIDE THOUSANDS OF STUDENTS TO THE SCHOOL, WHERE I WAS WORKING WITH THE POSITION OF **FIELD REP. OR RECRUITER.**

I PROVIDED STUDENTS TO ASA INSTITUTE FROM ALL AROUND THE NEW YORK CITY AREA BY MAKING PERSONAL VISIT INTO ITS BUILDINGS( PRIVATES AND PUBLICS).(I HAVE EVIDENCES)

YOUR HONOR, PLEASE, I NEED AN ATTORNEY TO BETTER PRESENT MY CASE AND HELP ME WITH ANY NECESSARY AMENDMENTS RELATED TO THIS CASE. I WANT TO SUE FOR **100 MILLIONS DOLLARS.**

CORDIALLY,

RAY GOLDSTEIN SEVERINO
PETITIONER

RAY GOLDSTEIN SEVERINO

AGAINST

ASA INSTITUTE OF BUSINESS & COMPUTER TECHNOLOGY

June 18, 2013

Dear Honorable Federal Judge:

I want to inform you that I am suing also for: AGE and RACE discrimination against the school that employed me for almost 5 years. During my last 3 months working at the school, I saw that they started hiring young peoples only. The school owner and president Mr. Alex Shchegol fired me after I refused to married for inmigration papers purposes his "illegal" Russian girlsfriend. After I rejected the married plan, the same woman started making false report about me and she started giving the credits for my hard working job to other field reps or recruiters.

When I started working for the school in June 13, 2007, every class room was almost empty. I started working and immediately I provided the school with students from all around the New York City areas and from its NYCHA publics buildings.( attached is the list that I used to perform my job as a recruiter.

I was working without the necessary license just like the others recruiter. I asked for the license and the school president told me that he was well connected with the government inspectors of the Department of Education and that they was no need for license.

I provided to the ASA Institute thousands of students from privates and publics buildings, and from all the Public library of the NYC where I worked for the school. Also I worked in subways stations, community organizations and others businesses, making promotion for the school.

Like I have said, I need an Attorney who can help me to present my case and every issues that may be important and related to my cases: like other violations, etc.

At this present time I am receiving public assistance. In return for receiving public assistance I am working at the NYC Department of Sanitation as a Laborer as part of the Working Experience Program(WEP).

Finally, I would like to thank you in advanced, for taking time in reviewing this matter.

Ray Goldstein Severino ,Plaintif

(Formerly known as Ramon Antonio Severino)

| CO. | FILE | DEPT. | CLOCK | NUMBER | 030 |
|---|---|---|---|---|---|
| 6RZ | 003752 | 002700 | 585 | 0064012645 | 1 |

# Earnings Statement

ASA INSTITUTE OF BUSINESS & COMPUTER TECHNOLOGY, INC.
151 LAWRENCE ST
BROOKLYN, NY 11201
PH HUMBER 718-522-9073

Period Beginning: 06/20/2011
Period Ending: 07/03/2011
Pay Date: 07/08/2011

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
NY: 2
New York Cit: 2

RAMON SEVERINO
3333 BROADWAY
#D2G
NEW YORK, NY 10031

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 7.95 | 103.35 | 7,478.12 |
| **Gross Pay** | | | **$103.35** | 7,478.12 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -4.34 | 314.08 |
| | Medicare Tax | -1.50 | 108.43 |
| | NY SUI/SDI Tax | -0.52 | 14.92 |
| | Federal Income Tax | | 111.17 |
| | NY State Income Tax | | 129.58 |
| | New York Cit Income Tax | | 87.33 |
| | **Other** | | |
| | Wagagr | | 450.06 |
| | Fdtxly | -34.62 | 548.76 |
| | **Net Pay** | **$62.37** | |

Your federal taxable wages this period are $103.35

173.8

103.35
70.46
173.81

*my LAST payment

TEAR HERE

©1998, 2006, ADP, Inc. All Ri...

© 2000 ADP, Inc.

Undeliverable Mail Only:
P.O. Box 1954
Southgate, MI 48195-0954

**AlliedInterstate**

Toll Free: (800) 715-0395   Fax: 866-499-2462

CCD/P60334796/ED33S
002612347027   0000034/0001

Ramon A Severino
3333 Broadway Apt D2G
New York, NY 10031-8746

Client: U.S. DEPARTMENT OF EDUCATION
Account #: 2312425
Packet Number: P60334796
Total Due: $77494.02
Check Amount: $5.00
Intended Deposit Date: 03-15-2013

Date: March 05, 2013

Re: Notice of check/draft deposit

Dear Ramon A Severino:   *new bALANCE → #78,837.5*
                                                            06/18/

This is to notify you that pursuant to your authorization on 03-04-2013, Allied Interstate LLC will process your credit/debit card payment in the amount of $5.00 on 03-15-2013. If you have any questions/concerns, please contact Allied Interstate LLC at (800) 715-0395 between the hours of 8 AM and 11 PM EST Monday thru Friday.

We want to thank you for working with us in an effort to help you resolve your indebtedness to our client.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Nicole Cummins
(800) 715-0395
Allied Interstate LLC
Government Services Division

Correspondence Address:
Allied Interstate LLC
P.O. Box 26190
Minneapolis, MN 55426

Notice: SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

211 Mc Whorter Drive
Athens, Georgia 30606
July 26, 2005

Dear Mayor Bloomberg;

As a visitor to New York, I want to tell you about the wonderful citizens of your city and of three remarkable police officers in the 26th Precinct. After a week in an inspiring workshop for teachers at Columbia, I took my luggage in a cab to the last day's session. After the cab left and I entered the building, I realized that I did not have my purse with $300, two credit cards, my driver's license and my cell phone in it. The people leading the workshop, native New Yorkers, assured me that it would be returned, but of course I did not believe them! They helped me report the loss to the taxi service and the police.

I felt so helpless using a borrowed cell phone and not knowing how to get identification papers in time to be on my 2PM flight from LaGuardia to Atlanta. About one hour after I reported the loss, the borrowed cell phone rang --- it was my daughter in Georgia. My eight year old granddaughter had answered the phone, saw a caller ID from New York City and said, "Hi, Nana!". The voice said, "I am not your Nana, but we are looking for her!" They gave her the cell phone number and she called, telling me to call the police station. When I dialed the number an exuberant voice said, "Caroline, at last we have found you!" It was Officer Fuoco from the 26th precinct who asked me to take a taxi to the precinct. Upon my arrival, my colleague and I were waved to the back by two female officers and a male who were as excited to see me as I was to see my belongings! Every penny and piece of paper in my bag was on the counter. They had already tried to stop my credit cards and trace numbers on my cell phone to find me (hence the call to my daughter). I floated out of the station saying, "I love New York!" as excited by the friendliness and work of the police as by having my belongings back.

You should also know that a young man, Ramon Severino, who was giving out flyers at the subway entrance at 110th and Broadway, found my pocketbook intact and turned it in. I traced him through a flyer I found and he refused a reward saying that he was concerned that I was without money, cell phone or identification and that he had simply done what was the right thing to do!

Oh, my! You are so lucky to live with such people in New York! You may rest assured that I have told this story to at least twenty people since my return, and I intend to continue spreading the word.

Caroline Ridlehuber
211 McWhorter Drive
Athens, Georgia



**From:** ashchegol@asa.edu [+]

**To:** "Anna Boukhman" <aboukhman@asa.edu> [+], "Faina Mukminova" <fmukminova@asa.edu> [+], "Jonathan Oliva" <joliva@asa.edu> [+], "Duwayne Carthan" <dcarthan@asa.edu> [+], "Viktoria Kostyukov" <vkostyukov@asa.edu> [+], "Natalya Tymkiv" <ntymkiv@asa.edu> [+], "Alice Perez" <aperez@asa.edu> [+]

**Date:** Wed, 6 Aug 2008 11:52:22 +0000

**Subject:** [Spam] Re: tracking interviewed by Bronx Satellite Office

Start to use it right away - we need to measure productivity of Satellite Office ASAP.
In addition, same procedure should be installed at Flatbush satellite Office. Talk to Duwane to designate proper people.
Targets for field reps at satellite Admition Offices should be a little high than at main locations. They should be min 3 interview given (IG) per hour. 7 high school leads could replace 1 IG.
At main locations targets should be min 2 IG per hour and the same 7 high school leads per hour can replace 1 IG.
Field reps productivity should be measured twice a day - at 1p.m. And 5p.m. In case, if performance is not satisfactory, field rep should go home. 3 "go homes" should result in dismissal of an employee.

Sent from my Verizon Wireless BlackBerry

---

**From:** "Anna Boukhman" <aboukhman@asa.edu>
**Date:** Tue, 5 Aug 2008 17:25:58 -0400
**To:** <fmukminova@asa.edu>; 'Jonathan Oliva'<joliva@asa.edu>
**CC:** <ashchegol@asa.edu>
**Subject:** tracking interviewed by Bronx Satellite Office

My dear colleagues:

In order for us to be able to track all the interviews conducted in the Bronx satellite office, the following procedure was set up:

The new activity was set up in the CampusVue: AM – Interview by Satellite Office. Christian Cano and Elena Markov were both added to the list CampusVue Staff members as Satellite Office Coordinators.

The procedure (if accepted) will be working as following:
1. The Satellite Office employee submits to the Manhattan location a separate form for every applicant they see. It is recommended that the indication is made on the form specifying which coordinator (Christian or Elena) conducted the interview. At the same time, the form should indicate the source for the lead, i.e. the Field-Worker who brought the person into the office.
2. The Manhattan Data-Entry specialist enters the leads to the CampusVue specifying:
   - Jonathan Oliva as an Admission Rep,
   - the indicated Field-Worker as a Lead Source.
   - As long as the lead was interviewed in the Bronx office, the Interview Activity should be added for the student. (Till now, your data-entry ladies have been entering the 'Initial Interview' activity assigned to Jonathan Oliva adding the comment of the interview being conducted in the Bronx office.) The new settings allow data-entry to setup the activity 'Interview by Satellite Office', and assign this activity to Elena or Christian. In this case: (1) no additional comments are needed, (2) the activity reports can be run for Satellite Interviews.

Following the information I received from Faina, I found 28 student records who have had the activity comment regarding Bronx Office. I modified all these 28 records changing the activity itself from 'Initial Interview' to 'Interview by Satellite Office' and assigning them to Christian Cano. Jonathan Oliva still appears as an admission rep for these people.

http://mail.asacollege.net:32000/mail/viewaction.html?id=e3702998e493c2f89627f42e7b4a...   8/6/2008

## ASA Institute 401(k) Plan

Prepared for SEVERINO, RAMON using Social Security Number 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

| BEGINNING BALANCE | CONT / FORF ALLOCATION | FORFEITURE CHARGED | BENEFIT PAYMENT | INVESTMENT INCOME | SPECIAL ADJUSTMENT | ENDING BALANCE | % | VESTED BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | **Employee Salary Deferrals** | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100% | 0.00 |
| | | | **Employer Matching** | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100% | 0.00 |
| | | | **Employee Rollover** | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100% | 0.00 |
| | | | **TOTAL ACCOUNT BALANCE** | | | | | |
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | | $ 0.00 |




**Estimated Sum at Retirement**
**$ 0.00**

Please note that the "Estimated Sum at Retirement" is a conservative projection of your account, forward to the date on which you are expected to retire. Our Plan is **not** the form of plan that promises you a specific value on your retirement date. At that time, you will receive the <u>actual value of your account</u>. This projection is provided simply to allow you a reasonable estimate of what that value could be. **No future value is promised.**

This Statement of Your Benefit Account under our Plan is provided to you as a Participant to overview your benefit under the Plan for the period specified. This statement reflects your benefit account given a comprehensive audit of the Plan and Trust by an independent "TPA". It does, in fact, represent the value of your account; including all adjustments needed, such as additional contributions that may be owed to the plan on the last day of this period. When reviewing this statement, keep in mind that it provides a "snapshot" of your account on December 31, 2011. Transactions occurring after this date will NOT be reflected on this statement. However, as stated above, it does reflect adjustments that must be applied to your account as determined by the audit of the Plan. Questions may be <u>submitted in writing</u> to the office of Robert Faynblut.

**January 1, 2011 TO December 31, 2011**
# RECONCILED PLAN BENEFIT STATEMENT

<␊


## 2011 Benefits Confirmation Statement

**Name:** Ramon Severino
**Address:** 3333 Broadway, #d2g
New York, NY 10031

December 1, 2010

This statement confirms your recent benefit enrollment elections. Please keep a copy of this statement for your records and use it to verify entries on your paycheck stub. These benefit elections will remain in effect until 11/30/2011. If an error has been made in recording your dependent information, please contact the ASA Institute Benefits Service Center at 866-247-1455 no later than 10 days from the date of this statement. If you have no changes, please retain this for your records.

| Benefit | Plan Name | Election | Effective Date | Cost Per Deduction |
|---|---|---|---|---|
| PsychCare EAP | PsychCare EAP | Enrolled | 08/01/2010 | $0.00 |
| | | Dollar Amount Spent Per Deduction | | $0.00 |

<code>

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 1-97)

Welcome to _84 Pct 301 Gold St, B'klyn, N.Y. 11201_     Date: _05/27_
           (Command)          (Address)                                      (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number

Complaint Report No.: _2907_     ~~Accident Report No.:~~     ~~Aided Report No.~~

Reported to: _P.A.A. Pugliese_
             (Rank) (Name)      (Shield No.)     Date of Occurrence: _5/27/08_   Time: _0930_

Location of Occurrence: _91 Willoughby St_

Crime: _Harassment_

Please keep this report should you have to refer to this matter in the future. If you need any further assisstance feel free to contact us at telephone number _718-875-6231_. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

## COURTESY — PROFESSIONALISM — RESPECT

## REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

## W-2 Wage and Tax Statement 2011

Safe, accurate, FAST! Use IRS e-file — Visit the IRS Web Site at www.irs.gov/efile

Employee Reference Copy

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 003752 ATLA/6RZ | 002700 | T | 1557 |

OMB No. 1545-0008

c Employer's name, address, and ZIP code
ASA INSTITUTE OF BUSINESS
81 WILLOUGHBY STREET
BROOKLYN NY 11201-5291

Batch #02207

e/f Employee's name, address, and ZIP code
RAMON SEVERINO
3333 BROADWAY
#D2G
NEW YORK, NY 10031

Employer's FED ID number: 11-3232206
Employee's SSA number: 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

1 Wages, tips, other comp.: 7478.12
2 Federal income tax withheld: 111.17
3 Social security wages: 7478.12
4 Social security tax withheld: 314.08
5 Medicare wages and tips: 7478.12
6 Medicare tax withheld: 108.43
7 Social security tips:
8 Allocated tips:
10 Dependent care benefits:
Nonqualified plans:
Other: 14.92 SDI
12a See instructions for box 12
12b
12c
12d
13 Stat emp. Ret. plan 3rd party sick pay

State: NY
Employer's state ID no.: 11-3232206
16 State wages, tips, etc.: 7478.12
State income tax: 129.58
18 Local wages, tips, etc.: 7478.12
Local income tax: 87.33
20 Locality name: NYC RES

---

## 2011 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more d
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2011 pay stub plus any adjustments submitted by your emplo

| | | | |
|---|---|---|---|
| Gross Pay | 7478.12 | Social Security Tax Withheld Box 4 of W-2 | 314.08 |
| Fed. Income Tax Withheld Box 2 of W-2 | 111.17 | Medicare Tax Withheld Box 6 of W-2 | 108.43 |

| | |
|---|---|
| NY. State Income Tax Box 17 of W-2 | 129. |
| Local Income Tax Box 19 of W-2 | 87.3 |
| SUI/SDI Box 14 of W-2 | 14.9 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages Tips, Etc. Box 16 of W-2 | NYC RES Local Wag Tips, Etc. Box 18 of V |
|---|---|---|---|---|---|
| Gross Pay | 7,478.12 | 7,478.12 | 7,478.12 | 7,478.12 | 7,478. |
| Reported W-2 Wages | 7,478.12 | 7,478.12 | 7,478.12 | 7,478.12 | 7,478. |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

RAMON SEVERINO
3333 BROADWAY
#D2G
NEW YORK, NY 10031

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 2
STATE: 2
LOCAL: 2

© 2011 ADP, INC

← Fold and Detach Here →

# VERIFICATION OF CRIME/LOST PROPERTY
PD 542-061 (Rev. 09-06)

**Do Not Detach — Submit In Duplicate**

Complainant/Victims will be sent verification free of charge, other applicants must send a **non-refundable** processing fee of $15.00 (Check or Money Order — **NO CASH**) payable to the NYC Police Department with each application. All applicants must enclose a stamped self-addressed envelope. Please mail requests to: New York City Police Department, Criminal Records Section (Verification Unit), 1 Police Plaza, Room 300, New York, NY 10038.

**Complaint Number:** 2907
**Precinct of Report:** 84 PCT

**FOR USE BY CRIMINAL RECORDS SECTION**

**Mail Record To:** RAMON A. SEVERINO
3333 BROADWAY # D-2-G
NEW YORK, N.Y. 10031

1. **Exact location where crime / loss took place:** 81 Willoughby St., Brooklyn, N.Y.
   **Precinct of Occurrence:** 84 PCT

2. **Date reported to Police:** 05/27/08   **Time (if known):** 1700 / 0930
   **This report concerns:** ☒ Crime   ☒ Other (describe) HATE SEX CRIME
   ☐ Lost Property

3. **Full name and address of complainant/victim as reported to Police Department:** RAMON A. SEVERINO, 3333 BROADWAY #D, N.Y., N.Y. 10031

**Date and Time of Crime / Loss of Property (if different than date of report):** 05-27-08  11:00 AM / BEFORE
**Name of officer who received your report, if known:** PAA MS PUGLIESE

**Any additional information which may aid in searching for your record:** I CALL 911 SEVERAL TIME AT 11:00AM, 11:35 AM

* **INSTRUCTIONS:** In order to find this record you **MUST** furnish all information requested above, particularly the complaint number and precinct of record (Occurrence). Verification of your request cannot be made without this information. The complaint number may be obtained by calling the precinct or detective squad concerned during the hours of 9 a.m. to 5 p.m. **Do Not Detach — Submit In Duplicate.**

**Applicant's Signature:** [signature]   **Date:** 05-27-08
**Name and address of insurance company:** N/A

**FOR POLICE DEPARTMENT USE ONLY**

FOLLOWING IS A VERIFICATION OF THE ABOVE REQUEST

- MOTOR VEHICLES
- CURRENCY
- JEWELRY
- FURS – CLOTHING
- FIREARMS
- OFFICE EQUIPMENT
- T.V., RADIOS, CAMERAS, ETC.
- HOUSEHOLD GOODS
- CONSUMABLE GOODS
- MISCELLANEOUS

**BRIEFLY DESCRIBE MANNER OF CRIME / LOSS OF PROPERTY:** Harassment - college employee (employee of the college) states that subject (school administrator) has been harassing complainant by stating, "You open the mouth, I kill you, let me beat you, you like to complain."

**Alarm No.:**
**Report verified by (print title, name & sign):** [signature]
**Date:** 6-4-08